## Fred G. Bloom et al., Appellants, v. Harry W. Bloom, Appellee.

**Gen. No. 44,487.**

opinion filed January 24,

1949; released for publication February 4, 1949. Francis L. Williams and A. C. Lewis, for appellants; Dale, Lytton, Haffner & Grow, for appellee; Arthur S. Lytton, of counsel. Opinion by PRESIDING JUSTICE FEINBERG. Not to be published in full.

